**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

STEPHEN TRIPODI,

    Plaintiff,

v.

KETTERING UNIVERSITY,
GENERAL MOTORS LLC, and
CITY OF FLINT MICHIGAN.
    Defendants.

Case No. 2:24-cv-12562

Judge Jonathan J.C. Grey

---

**INDEX OF EXHIBITS TO**
**GENERAL MOTORS LLC'S MOTION TO DISMISS PLAINTIFF'S**
**SECOND AMENDED COMPLAINT**

Exhibit A    Kettering Answer [ECF 13] Dated 11/20/24

Exhibit B    Kettering Answer [ECF 18] Dated 12/10/24

Exhibit C    Kettering Answer [ECF 22] Dated 12/21/24

Exhibit D    Kettering Answer [ECF 32] Dated 2/4/25