# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

STEPHEN TRIPODI

             Plaintiff,           Case No.     2:24-cv-12562

v.                                      Honorable Jonathan J.C. Grey (P85893)

                                        Magistrate Judge Anthony P. Patti (P43729)

KETTERING UNIVERSITY, and

GENERAL MOTORS, LLC.          **AMENDED ANSWER OF KETTERING UNIVERSITY, JURY DEMAND, AND AMENDED AFFIRMATIVE DEFENSES**

             Defendants.       **AND NEW MATTERS**

---

STEPHEN TRIPODI, *Pro Se*             DONALD G. ROCKWELL (P26723)
215 North Arizona Ave                 University Counsel for Kettering University
Prescott, Arizona 86301               1700 University Avenue
928-350-7445                            Flint, Michigan 48504
sctripodi@yahoo.com                  810-762-9580
                                         810-762-9755 Fax
                                         rockwell411@gmail.com

                                         THOMAS N. LURIE JR. (P82856)
                                         Dykema Gossett PLLC
                                         Attorney for General Motors LLC
                                         39577 Woodward Avenue, Suite 300
                                         Bloomfield Hills, Michigan 48304
                                         248-203-0806
                                         248-203-0763 Fax
                                         tlurie@dykema.com

---

**AMENDED ANSWER OF KETTERING UNIVERSITY**

     NOW COMES THE ABOVE-NAMED DEFENDANT, KETTERING UNIVERSITY, by and through its attorney, Donald G. Rockwell, and hereby sets forth its Amended Answer Plaintiff's complaint, sentence by sentence, as follows:

     Jurisdiction Statement 1: The plaintiff is a citizen of the State of Arizona.

     <u>Response of Defendant</u>: The Defendant can neither admit nor deny as it has insufficient information to form a reasonable belief of the truth of the matter. To the extent the Plaintiff is

unable to demonstrate diversity of citizenship this Honorable Court is without jurisdiction to hear this matter.

Jurisdiction Statement 2: The defendant Kettering University is incorporated under the laws of the State of Michigan.
Response of Defendant: The Defendant admits these allegations.

Jurisdiction Statement 3: The amount in controversy is more than $75,000.
Response of Defendant: The Defendant denies the allegation for the reason that any changes or alleged damages, if any, to the property by the actions of the Defendant were minimal and cannot be anything near the amount claimed in this jurisdiction statement.

Claim Sentence 1: On October 1, 2022, the staff and students of defendant 1 Kettering University trespassed on land owned by plaintiff at 718 Wolcott St, Flint, MI 48504 and intentionally cut down and stole a 103-year-old registered plant that was the subject of a 20-year botany dissertation study by the plaintiff.
Response of Defendant: Defendant admits some of its staff and students entered Plaintiff's property on Wolcott Street on October 1, 2022, and cut down a burning bush plant and other vegetation that completely blocked the front steps to the front porch of the house on the property. This was done at the request of neighbor(s) as a community service project by Kettering University to improve the area and it was done under the impression that the property was abandoned.

Claim Sentence 2: Defendant 1 destroyed the property despite several neighbors attempting to stop the defendant's staff and students.
Response of Defendant: The Defendant denies the allegations as they are untrue.

Claim Sentence 3: The front yard was kept and public records clearly showed private ownership and historic registry.

<u>Response of Defendant</u>: The Defendant denies the front yard was "kept". As to the remaining allegations in this sentence, the Defendant can neither admit nor deny as it has insufficient information to form a reasonable belief of the truth of the matter.

Claim Sentence 4: The defendant made several cuts on trees that fell onto the roof causing severe damage and leaving the home uninhabitable.

<u>Response of Defendant</u>: The Defendant admits some cuts were made on trees but the Defendant denies the remaining allegations in this sentence as they are untrue since such cuts were made near ground level and under no circumstances did any parts of the trees fall on the roof or cause damage to the roof because of the cutting process.

Claim Sentence 5: The defendant left several tree branches half cut which later fell on plaintiff causing permanent injury.

<u>Defendant Response</u>: Defendant admits only that some branches were left on the ground at the very rear of the property after being pushed to the back of the backyard before Defendant left the property on October 1, 2022. Defendant denies that any branches from the cutting process by Defendant could have fallen on Plaintiff.

Claim Sentence 6: The plaintiff has had to pay considerable sums to replace the roof of the house and will require extensive further work to repair internal damage caused by plaintiff's actions.

<u>Response of Defendant</u>: Defendant has insufficient information to form a reasonable belief as to whether the roof was replaced after October 1, 2022, or that there was any internal damage to the house and accordingly it can neither admit nor deny. Defendant denies the allegations that it caused any damages to the roof for the reason that no parts of the trees fell on Plaintiff's roof or that Defendant in any way caused damage to the roof because of any cutting by Defendant's staff.

Claim Sentence 7: Plaintiff spent owned the house for 20 years and specifically purchased said house for the study of the plant in question.

Response of Defendant: Defendant can neither admit nor deny as it has insufficient information to form a reasonable belief of the truth of the matter.

Claim Sentence 8: The plaintiff endured countless gangsters, drug dealers and unbelievable acts of violence, including having to testify at a murder trial; only to it all destroyed by a college nearly a mile away with well known plans to redevelop the area.

Response of Defendant: Defendant denies that it destroyed Plaintiff's house for the reason that such allegations are untrue. As to the remaining allegations, the Defendant can neither admit nor deny as it has insufficient information to form a reasonable belief of the truth of the matter.

Claim Sentence 9: The plaintiff now suffers from severe post-traumatic stress disorder from the unbelievable acts committed by defendants.

Response of Defendant: Defendant denies the allegations set forth for the reason that they are untrue. Defendant would further state that such a claim for these damages are not allowable for a claim for damages to real property under Michigan law.

Claim of Relief by Plaintiff: Plaintiff seeks $500,000.00 for property damages, loss of use, loss of income and for costs of alternate living expenses due to the acts of [defendants]. Plaintiff seeks punitive damages of $1,000,000.00 from each of the defendants for willful acts of domestic terrorism by it staff towards a historic property. The defendants knowing and intentionally entered plaintiff's property and destroyed it while taking a 103-year-old plant more than 30 feet tall without consent or reason. This left plaintiff with nothing to complete with dissertation study of 20 years. The future income from a doctrine in botany is comparable to $20,000.00 a month that the plaintiff has now lost out on due to defendant's intentional acts against plaintiff and his property.

Defendant's Response: Defendant denies the claims of relief set forth by Plaintiff and further states that Defendant is entitled to a judgment in its favor together with costs and attorney fees as may be allowed under Michigan law.

4

Case 2:24-cv-12562-JJCG-APP ECF No. 17, PageID.257 Filed 12/10/24 Page 5 of 6

WHEREFORE, the Defendant, Kettering University, respectfully denies the Plaintiff is entitled to a judgment in his favor and the Defendant further requests that this Honorable Court enter a judgment in its favor against Plaintiff and grant this Defendant such other relief as it may be entitled by reason of untrue and unreasonable allegations of fact claimed by Plaintiff.

Date:   December 10, 2024                     /s/ Donald G. Rockwell
                                              Donald G. Rockwell (P26723)
                                              University Counsel
                                              Kettering University
                                              1700 University Avenue
                                              Flint, Michigan 48504
                                              810-762-9580
                                              810-762-9755 Fax
                                              rockwell411@gmail.com

## JURY DEMAND

NOW COMES THE ABOVE-NAMED DEFENDANT, KETTERING UNIVERSITY, by and through its attorney, Donald G. Rockwell, and hereby demands jury trial in this matter.

Date:   December 10, 2024                     /s/ Donald G. Rockwell
                                              Donald G. Rockwell (P26723)
                                              University Counsel
                                              Kettering University
                                              1700 University Avenue
                                              Flint, Michigan 48504
                                              810-762-9580
                                              810-762-9755 Fax
                                              rockwell411@gmail.com

## AMENDED AFFIRMATIVE DEFENSES AND NEW MATTERS

NOW COMES THE ABOVE-NAMED DEFENDANT, KETTERING UNIVERSITY, by and through its attorney, Donald G. Rockwell, and hereby sets forth its Amended Affirmative Defenses and New Matters:

1. To the extent the Plaintiff has failed to file claims for injury or damages in his complaint within the appropriate statute of limitations under Michigan law, such claims should be dismissed accordingly.

2. To the extent the Plaintiff has claimed injury or damages in his complaint caused by his own negligence or actions, such claims for injury or damages should be reduced or dismissed under Michigan law accordingly.

3. Plaintiff has set forth claims for damages that are beyond the scope of damages allowed by Michigan law for injury to real property.

4. To the extent Plaintiff has failed to mitigate his damages, if any exist, then such damages should be reduced or dismissed accordingly.

5. To the extent the Plaintiff fails to demonstrate diversity of citizenship or that any alleged damages allowable under Michigan law can possibly exceed the jurisdictional minimum of this Honorable Court, then this matter should be dismissed as this Honorable Court is without jurisdiction to hear this matter.


Date:   December 10, 2024                /s/ Donald G. Rockwell
                                         Donald G. Rockwell (P26723)
                                         University Counsel
                                         Kettering University
                                         1700 University Avenue
                                         Flint, Michigan 48504
                                         810-762-9580
                                         810-762-9755 Fax
                                         rockwell411@gmail.com